SCWC-11-0000463

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

JACK THOMAS,
Petitioner/Plaintiff-Appellant,

vs.

COUNTY OF HAWAI‘I; JAY KIMURA; and JEFFERSON R. MALATE;
Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000463; CIV. NO. 07-1-0128)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Petitioner/Plaintiff-Appellant's application for writ

of certiorari filed on February 1, 2013, is hereby rejected.

DATED:  Honolulu, Hawai‘i, March 14, 2013.

Charles J. Ferrera
for petitioner

Michael J. Udovic
for respondents

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

